CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 12 2016

JULIA C. DUDLEY, CLERK
BY: /s/ CUU
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BILL M. LONG, | ) | Civil Action No. 7:16-cv-00098 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| D. GARDNER, et al., | ) | By: Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the motion to amend is **GRANTED**; the motion to appoint counsel, motion for an extension of time, and motion for relief are **DENIED**; the complaint is **DISMISSED without prejudice**; and the action is **STRICKEN** from the court's active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 12th day of April, 2016.

/s/ Michael F. Urbanski
United States District Judge